IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

EDWARD EARL MOUNT                                        PLAINTIFF

v.           Civil No. 06-5185

JO ANNE B. BARNHART, Commissioner,
Social Security Administration                             DEFENDANT

## ORDER

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. After review, it is found that plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 27th day of September 2006:

IT IS HEREBY ORDERED that plaintiff's motion for leave to proceed *in forma pauperis* is granted and the clerk is hereby directed to file the complaint *nunc pro tunc* as of September 25, 2006. Additionally, the court hereby directs that a copy of the complaint filed herein, along with a copy of this order, be served by the plaintiff by certified mail, return receipt requested, on the defendant, Jo Anne B. Barnhart, Commissioner, Social Security Administration, as well as Alberto R. Gonzales, U.S. Attorney General, and Claude S. Hawkins, Jr., Assistant U.S. Attorney, without prepayment of fees and costs or security therefor. The defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

*Beverly Stites Jones*
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF ARKANSAS

SEP 27 2006

CHRIS R. JOHNSON, CLERK

BY
                 DEPUTY CLERK

AO 72A
(Rev. 8/82)