IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE  DIVISION

EDWARD EARL MOUNT                                                                    PLAINTIFF

        v.                                        CIVIL NO. 06-5185

MICHAEL J. ASTRUE,[1] Commissioner
Social Security Administration                                             DEFENDANT

## J U D G M E N T

Now on this 26th day of September, 2007, comes on for consideration the Report and

Recommendation dated August 27, 2007, by the Honorable James R. Marschewski, United States

Magistrate Judge for the Western District of Arkansas.   Ten (10) days have passed without

objections being filed by the parties.   The Court has reviewed this case, and being well and

sufficiently advised, finds that the Report and Recommendation is proper and should be adopted

in its entirety.  Accordingly, the Court hereby adopts the Report and Recommendation; reverses the

decision of the Commissioner; and remands this case to the Commissioner for further consideration

pursuant to sentence four of 42 U.S.C. § 405(g).

        If plaintiff wishes to request an award of attorney's fees and cost under the Equal Access

to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the

judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.

*See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C.

§§ 2412(d)(1)(B),(d)(2)(G).

        IT IS SO ORDERED.

                                            /s/Jimm Larry Hendren
                                            HON. JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE

---

[1]Michael J. Astrue became the Social Security Commissioner on February 12, 2007.  Pursuant to Rule 25(d)(1) of
the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for acting Commissioner Jo Anne
B. Barnhart as the defendant in this suit.

AO72A
(Rev. 8/82)